# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SNAIL MAIL,<br><br>        Plaintiff,<br><br>vs.<br><br>PITNEY BOWES, INC; PITNEY BOWES FINANCIAL SERVICES, LLC,<br><br>        Defendants. | Case No.  2:11-cv-00260-PMP-GWF<br><br>**ORDER** |

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  Counsel for Defendant removed this matter to federal court on February 15, 2011.  Defendant filed its Answer (#4) on February 17, 2011.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 15, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 5th day of April, 2011.

                                                  _____<br>                                                  GEORGE FOLEY, JR.<br>                                                  United States Magistrate Judge